# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IBARRA,<br><br>　　　　　Petitioner,<br>　v.<br>RAYMOND MADDEN, Warden,<br><br>　　　　　Respondent. | Case No. CV 15-08460 AG (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file and the Final Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Final Report to which objections have been made. Petitioner's objections are overruled. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Final Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying the First Amended Petition and dismissing the action with prejudice.

DATED: March 26, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE